AO ___     Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

V.

Redmon, Ron J

Case Number: 4:19-cr-00673-01-LPR
USM Number: 46554-044
KenDrell Collins
Defendant's Attorney at Sentencing

**Date of Original Judgment:** 8/25/2020
(Or Date of Last Amended Judgment)

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of  2  months is reduced to  1 month .

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35):  4       Amended Offense Level: 4
Criminal History Category:  IV        Criminal History Category: III
Previous Guideline Range:  2  to  8  months    Amended Guideline Range:  0  to  6  months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence consecutive to sentence in E.D. Missouri, No. 1:17-CR-00018

Except as provided above, all provisions of the judgment dated  8/25/2020  shall remain in effect.

**IT IS SO ORDERED.**

November 29, 2023
Order Date

Signature of Judge

February 1, 2024
Effective Date (if delayed)

U.S. District Judge Lee P. Rudofsky
Name and Title of Judge